**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANTHONY BRIAN MALLGREN,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　)
　　v.　　　　　　　　　　　　　)　　　Civil Action No. 26-2219 (UNA)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
UNITED STATES,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　)

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis*, ECF No. 2, and *pro se* complaint, ECF No. 1. The Court grants the application and dismisses the complaint without prejudice.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and the Court cannot exercise subject matter jurisdiction over a frivolous complaint, *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009). Consequently, the Court is obligated to dismiss a complaint as frivolous when, as here, "the facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981).

According to Plaintiff, there exists "a well-established pattern of behavior where physicians keep controlled substances simply as a means to draw people into institutions to commit antisocial acts." Compl. ¶ 1. For this reason, Plaintiff demands deregulation of controlled substances. *Id*. ¶ 4. The Court deems the complaint's few factual allegations irrational and incredible, and the Court cannot exercise jurisdiction of a frivolous complaint. An Order will be issued separately.

DATE: July 13, 2026

RANDOLPH D. MOSS
United States District Judge